UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )( | |
| )( | |
| v.   )( | Case No. 25-mj-171 (ZMF) |
| )( | |
| KURON SCUTCHINGS   )( | |

## CONSENT MOTION TO CONTINUE DETENTION HEARING

COMES NOW the defendant, by and through undersigned counsel, and respectfully moves this Honorable Court to continue his detention hearing in this case from Wednesday, September 17, 2025 to Tuesday, September 23, 2025 at 1:00 p.m. In support of this motion, Mr. Scutchings would show:

1. The detention hearing in this case is currently scheduled for Wednesday, September 17, 2025 at 1:30 p.m.

2. The government and Mr. Scutchings are currently in plea negotiations that involve reaching a plea agreement prior to a detention hearing being held in this case.

3. So that the parties can have more time to hold pre-detention-hearing plea negotiations, Mr. Scutchings is requesting that his detention hearing be continued to Tuesday, September 23, 2025 at 1:00 p.m.

4. Undersigned counsel has spoken to Assistant United States Attorney Emory V. Cole regarding this motion, and Mr. Cole has indicated that the government consents to it.

1

2

WHEREFORE, the defendant, Kuron Scutchings, moves this Honorable Court to continue his detention in this natter from Wednesday, September 17, 2025 to Tuesday, September 23, 2025 at 1:00 p.m.

Respectfully submitted,

\_\_\_\_\_/s/_____
Jerry Ray Smith, Jr.
D.C. Bar No. 448699
Counsel for Kuron Scutchings
717 D Street, N.W.
Suite 310
Washington, DC 20004
E-mail: jerryraysmith@verizon.net
Phone: (202) 641-4211