# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | )( |
| | )( |
| v. | )(   Case No. 25-mj-171 (ZMF) |
| | )( |
| KURON SCUTCHINGS | )( |

## CONSENT MOTION TO CONTINUE DETENTION HEARING

COMES NOW the defendant, by and through undersigned counsel, and respectfully moves this Honorable Court to continue his detention hearing in this case from Tuesday, September 30, 2025 to Friday, October 3, 2025, preferably in the afternoon. In support of this motion, Mr. Scutchings would show:

1. The detention hearing in this case is currently scheduled for Tuesday, September 30, 2025 at 11:30 a.m.

2. The government and Mr. Scutchings are currently in plea negotiations that involve reaching a plea agreement prior to a detention hearing being held in this case.

3. So that the parties can have more time to hold pre-detention-hearing plea negotiations, Mr. Scutchings is requesting that his detention hearing be continued to Friday, October 3, 2025, preferably in the afternoon

4. Undersigned counsel has spoken to Assistant United States Attorney Emory V. Cole regarding this motion, and Mr. Cole has indicated that the government consents to it.

2

WHEREFORE, the defendant, Kuron Scutchings, moves this Honorable Court to continue his detention hearing in this case from Tuesday, September 30, 2025 to Friday, October 3, 2025, preferably in the afternoon.

Respectfully submitted,

\_\_\_\_\_/s/_____
Jerry Ray Smith, Jr.
D.C. Bar No. 448699
Counsel for Kuron Scutchings
717 D Street, N.W.
Suite 310
Washington, DC 20004
E-mail: jerryraysmith@verizon.net
Phone: (202) 641-4211